IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DENNIS MAYES, <br> No. 2062242, <br><br> Plaintiff, <br><br> v. <br><br> NFN GONZALEZ, ET AL., <br><br> Defendants. | 2:21-CV-005-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge to dismiss Plaintiff's claims. ECF No. 30. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**, and Plaintiff's claims are **DISMISSED**. All other relief not expressly granted herein is **DENIED**.

**IT IS SO ORDERED**.

October 5, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE